UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FREDERIC J. BAKER, on behalf of himself and all others similarly situated, | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 08-5668 |
| v. | : | |
| INTER NATIONAL BANK and NETSPEND CORPORATION, | : | ORDER |
| | : | |
| Defendants. | : | |

This matter having come before the Court on motions to dismiss the Complaint filed by originally named Defendants Visa U.S.A., Inc. [28] and Defendants Inter National Bank and Netspend Corporation [25]; and

Plaintiff having subsequently amended the Complaint [37] pursuant to Federal Rule of Civil Procedure 15; and

It appearing that the arguments contained in the briefing on the pending motions were directed at a pleading no longer in force, and it further appearing that Visa U.S.A., Inc. is no longer a party to the case,

IT IS ORDERED on this 13th day of May, 2009 that the motions to dismiss the Complaint filed by originally named Defendants Visa U.S.A., Inc. [28] and Defendants Inter National Bank and Netspend Corporation [25] are hereby <u>DISMISSED AS MOOT</u>.

                                                         /s/ Joseph H. Rodriguez
                                                      JOSEPH H. RODRIGUEZ
                                                          U.S.D.J.